1  Rana Nader (State Bar No. 247182)
   rnader@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92614
   Telephone: (949) 851-3939
4  Facsimile:  (949) 553-7539

5  Attorneys for Defendant,
   EXPERIAN INFORMATION SOLUTIONS, INC.
6  (Erroneously sued as Experian)

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN  DISTRICT OF CALIFORNIA

10

| 11 | BRIDGET BREIDENBACH, | Case No. 3:12-CV-01548-GPC-BLM |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | JOINT MOTION RE DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC WITH PREJUDICE |
| 14 | | |
| 15 | EXPERIAN; TRANS UNION; EQUIFAX; PENNSYLVANIA HIGHER EDUCATION ASSITANCE AGENCY dba AMERICAN EDUCATION SERVICES; WELTMAN WEINBERG AND REIS CO., L.P.A.; NATIONAL ENTERPRISE SYSTEMS, INC.; MRS BPO, LLC dba MRS ASSOCIATES, and Does 1 thru 10, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

21

22

23

24

25

26

27

28

1  WHEREAS plaintiff Bridget Breidenbach ("Plaintiff") has reached a settlement with
2  defendant Experian Information Solutions, Inc. ("Experian"), IT IS HEREBY STIPULATED
3  between Plaintiff and Experian, by and through their undersigned counsel, that all of Plaintiff's
4  claims against Experian in this action shall be dismissed with prejudice, each side to bear its own
5  costs and attorneys' fees.

Dated: January 23, 2013                JONES DAY

                                       By: /s/ Rana Nader
                                           Rana Nader

                                       Attorneys for Defendant
                                       EXPERIAN INFORMATION SOLUTIONS, INC.


Dated: January 23, 2013                LAGUARDIA LAW

                                       By: /s/ Eric A. LaGuardia
                                           Eric A. LaGuardia

                                       Attorneys for Plaintiff BRIDGET BREIDENBACH

## **Certificate of Service**

I, Rana Nader, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On January 23, 2013, by electronic transmission, I served a copy of: JOTION MOTION RE DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC WITH PREJUDICE

X  by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Plaintiff
Andre L. Verdun
Crowley Law Group
401 West A Street
Suite 925
San Diego, CA 92101
(619) 238-5700
Fax: (866) 786-6993
Email: andreverdun@gmail.com

Eric A. LaGuardia
LaGuardia Law
1455 Kettner Boulevard
Suite 214
San Diego, CA 92101
(619) 655-4322
Fax: (619) 655-4344
Email: eal@laguardialaw.com

Trans Union:
Paul W. Sheldon
Strasburger & Price, LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
(469)287-3900
Email: paul.sheldon@strasburger.com

Krsto Mijanovic
Haight Brown and Bonesteel
555 South Flower Street
45th Floor
Los Angeles, CA 90071
(213) 542-8044
Fax: (213) 542-8100
Email: kmijanovic@hbblaw.com

Equifax Inc.
Thomas P Quinn, Jr
Nokes and Quinn
410 Broadway, Suite 200
Laguna Beach, CA 9 2651
T: (949) 376-3500
F: (949) 376-3070
Email: tquinn@nokesquinn.com
Stephanie Cope
King and Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
T: (404)215-5908
F: (404)572-5100
Email: scope@kslaw.com

National Enterprise Systems, Inc. and MRS BPO, LLC
June Grace Felipe
Carlson & Messer LLP
5959 West Century Boulevard
Suite 1214
Los Angeles, CA 90045
(310)242-2208
Fax: (310) 242-2211
Email: felipeg@cmtlaw.com

- 3 -

1  I declare under the penalty of perjury under the laws of the United Stated of America that
2  the foregoing is true and corect. I declare that I am employed in the office of a member of the bar
3  of this court at whose direction the service was made.  Executed on January 23, 2013 at Irvine,
4  California.

                                                      /s/ Rana Nader
                                                     Rana Nader

IRI-47070v1